J. & H. GARAGE, INC., Appellant, *v.* H. FLOW CORPORA-TION et al., Respondents, Impleaded with Others.

(Argued May 29, 1929; decided June 13, 1929.)

*William S. Andrews* for appellant.

*Ralph C. Taylor* for H. Flow Corporation, respondent.

*A. Engel* for One Hundred and Sixteenth Street Holding Corporation, respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not voting: POUND, J. Not sitting: HUBBS, J.